THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY BENNETT, Appellant, v SIBATU KHAHAIFA, Superintendent,

Orleans Correctional Facility, Respondent. [895 NYS2d 901]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Orleans County, James P. Punch, J.—CPLR article 78). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.